*Frederick S. Gold* and *Ellen A. Jawitz*, in support of the petition.

*John F. Lambert*, in opposition.

Decided September 18, 1996

## STATE OF CONNECTICUT *v.* LUCY CRUZ

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 809 (AC 15177), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Elizabeth M. Inkster*, assistant public defender, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided September 18, 1996

## STATE OF CONNECTICUT *v.* JOHN L. MOALES

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 817 (AC 14456), is denied.

*H. Jeffrey Beck*, in support of the petition.

*Denise B. Smoker*, deputy assistant state's attorney, in opposition.

Decided September 18, 1996

## STATE OF CONNECTICUT *v.* LINDA RICCIO

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 847 (AC 14545), is denied.